## DORSEY v. STATE.

No. 25165.

Court of Criminal Appeals of Texas.

Feb. 21, 1951.

Rehearing Denied April 11, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for the offense of forgery, with a sentence of two years in the penitentiary.

The proceedings appear regular in every respect. The record is before the Court without a statement of facts or bill of ex-

ception. No question is presented for our consideration.

The judgment of the trial court is affirmed.

## DORSEY v. STATE.

No. 25166.

Court of Criminal Appeals of Texas.

Feb. 21, 1951.

Rehearing Denied April 11, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The appeal is from a conviction for the offense of forgery, with a sentence of two years in the penitentiary.

Appellant pleaded guilty before the court, having waived his right to trial by jury. The court heard the evidence and found him guilty. The proceedings appear to be regular and nothing is presented for review by this Court, there being no statement of facts or bill of exception in the record.

The judgment is affirmed.